# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION – SINGLE SPORT/ SINGLE SCHOOL (FOOTBALL) | MDL No. 2492 |
| | Master Docket No. 16-cv-8727 |
| | Original N.D. Ill. Docket No. 19-cv-07356 |
| **This Document Relates to:** | |
| MARK REID, individually and on behalf of all others similarly situated, | Judge: Hon. John Z. Lee |
| Plaintiff, | Magistrate Judge: Hon. David M. Weisman |
| vs. | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and WIDENER UNIVERSITY, | |
| Defendants. | |

## ATTORNEY APPEARANCE

I, D. Timothy McVey, of the law firm of McVey & Parsky, LLC, hereby submit the attached Northern District of Illinois Attorney Appearance Form providing for my appearance on behalf of Defendant WIDENER UNIVERSITY.

Dated: January 6, 2020

                                                  McVEY & PARSKY, LLC
                                                30 N. LaSalle St., Suite 2100
                                                Chicago, IL 60602
                                                312-551-2130
                                                312-551-2131 – Fax

                                                D. Timothy McVey
                                                Illinois Bar No. 6182134
                                                dtm@mcveyparsky-law.com

                                                By:  /s/ *D. Timothy McVey*
                                                Attorney for Defendant WIDENER UNIVERSITY

# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In Re: National Collegiate Athletic Association Student-Athlete Concussion Litigation - Single Sport/ Single School (Football)

Case Number: Master Docket No. 1:16-cv-08727

Member Docket No. 1:19-cv-07356

An appearance is hereby filed by the undersigned as attorney for:

Attorney name (type or print):

Firm:

Street address:

City/State/Zip:

Bar ID Number:
(See item 3 in instructions)

Telephone Number:

Email Address:

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | Yes | No |
| Are you acting as local counsel in this case? | Yes | No |
| Are you a member of the court's trial bar? | Yes | No |
| If this case reaches trial, will you act as the trial attorney? | Yes | No |

If this is a criminal case, check your status.

Retained Counsel

Appointed Counsel
If appointed counsel, are you a
Federal Defender
CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature:   S/_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 6, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

      D. Timothy McVey
dtm@mcveyparsky-law.com
**McVEY & PARSKY, LLC**
Attorneys for Widener University
30 N. LaSalle St., Suite 2100
Chicago, IL 60602
Ph.: 312/551-2130
Fax: 312/551-2131

By:   /s/ *D. Timothy McVey*
      Attorney No. 6182134